AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOHN WILLIAM GERTZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 11-6570-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __7/11/2011 and 9/30/2011__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | the defendant, did knowingly distribute a visual depiction using a means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2). |

This criminal complaint is based on these facts:
Please see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Emily A. Shoupe, Special Agent, DHS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/03/2011__

_____
Judge's signature

City and state: __Fort Lauderdale, Florida__   LURANA S. SNOW, US MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Emily A. Shoupe, a Special Agent of Homeland Security Investigations ("HSI"), Special Agent in Charge Office, Miami, Fl., being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of HSI since May 2009. While employed by HSI, I have investigated federal criminal violations related to the sexual exploitation of minors, including, but not limited, to the production, possession and distribution of child pornography.

2. This affidavit is submitted in support of a criminal complaint charging John William GERTZ, hereafter referred to as GERTZ, with distribution of child pornography in that he did knowingly distribute a visual depiction using a means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

3. The information contained in this affidavit is based on my investigation of this matter, as well as based upon my training and experience and the training and experience of other law enforcement officers. Since this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all of the information known to me or other law enforcement officers involved in this investigation.

4. On July 8, 2011, I conducted an undercover online investigation into the sharing of child pornography over the internet using a Peer-to-Peer (P2P) sharing program on the Gnutella network. By using a law enforcement tool that provides the geographic locations associated with IP addresses, I identified a subject assigned IP address 66.176.44.227, who was actively sharing files over the Gnutella network. I also observed that this user assigned IP

address 66.176.44.227 was sharing 45 files, approximately 24 of which, pursuant to their SHA1 value, were indicative of child pornography. On July 11, 2011, at approximately 1:38 p.m., I initiated a download from the listed shared files, and received two (2) completed downloads. Also, on September 30, 2011, I received six (6) completed video file downloads from the host computer with IP address 66.176.44.227.

5. After downloading the files, I reviewed them and determined that they contained sexually explicit images of minor children. The file names and contents are as follows:

a. Stickam - 12yo alexandra: This video depicts a female child who appears to be under the age of 18 inserting a foreign object into her vagina.

b. (pthc pedo) 13yo mast vibe adorable: This video depicts a female child who appears to be under the age of 18 inserting a foreign object into her vagina.

c. PTHC_pedo-Lucky Puppy Love_ 6yo girl sucks and firmy masturbates same age boys little hardon, 02seconds: This video depicts a female child who appears to be under the age of 12 performing oral sex on a male child who appears to be under the age of 12.

d. Wow!! Mirey-12Y (2010)Pthc!!: This video depicts a female child who appears to be under the age of 18 lasciviously displaying her pubic area.

e. Stickam-SexyKitten_s_younger_sister: This video depicts a female child who appears to be under the age of 18 rubbing her vagina.

f. Pedo - 10Yo q Daughter Pthc New: This video depicts an adult male inserting his penis into the vagina of a female child who appears to be under the age of 12.

g. !BOB! Webcam stickam - 2010 racquel2fred_s 11yo video: This video depicts a female child who appears to be approximately 12 years old inserting a foreign object into her vagina.

  h. R@ygolds Pthc 2011 Pedo 10Yo Hd 94 Short: This video depicts a female child who appears to be under the age of 18 inserting a foreign object into her vagina.

6. A search of a publicly-available online database indicated that IP address 66.176.44.227 resolved back to an Internet Service Provider (ISP) issued by Comcast Cable Communications. Records from Comcast Cable Communications revealed that, on the date and time when the files were downloaded, the IP address from which the files were downloaded was assigned to an account registered to John GERTZ at 1350 N 12th Ct., Apt 3B, Hollywood, FL 33019.

7. On November 1, 2011, the Honorable Lurana S. Snow, United States Magistrate Judge, United States District Court for the Southern District of Florida, signed a search warrant authorizing the search of a residence located at 1350 N 12th Ct., Apt 3B, Hollywood, FL 33019, and the curtilage thereto and computers and storage media located therein for all visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and any mechanism capable of being used for the receipt or storage of the same, as well as related evidence.

8. On November 3, 2011, at approximately 6:00 a.m., several other law enforcement officers and I arrived at the Residence to execute the aforementioned search warrant. A forensic preview of an Apple laptop computer belonging to GERTZ revealed over fifteen movie files depicting child pornography. Included in these movie files were all eight files downloaded from IP address 66.176.44.227 on July 11, 2011, and September 30, 2011, as described in Paragraph 5(a) through 5(h).

9. During an ensuing interview inside the home, GERTZ waived his *Miranda* rights both verbally and in writing. GERTZ then admitted to having downloaded onto his computer child pornography files through the use of a file sharing software called Limewire that he also downloaded onto his computer. GERTZ also admitted that he used the search terms Stickam, R@ygold, and PTHC which he knew to mean "Pre-Teen Hard Core." GERTZ claimed sole ownership of the Apple laptop computer on which the child pornography was discovered, and said he was the only one to use it. GERTZ admitted that he understood that files that he downloaded through the use of Limewire could be shared with other Limewire users who were able to access his files.

10. Based upon the files of child pornography found on the Apple laptop computer on November 3, 2011, I submit that there is probable cause to believe that, on July 11, 2011 and September 30, 2011, GERTZ did knowingly distribute a visual depiction using a means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Emily A. Shoupe
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me
this 3rd day of November, 2011

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-6570-SNOW

UNITED STATES OF AMERICA

vs.

JOHN WILLIAM GERTZ,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  \_\_\_\_ Yes  \_X\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  \_\_\_\_ Yes  \_X\_ No

                Respectfully submitted,
                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By: _____
     Mark Dispoto
     Assistant United States Attorney
     District Court No. A5501143
     United States Attorney's Office
     500 E. Broward Boulevard
     Fort Lauderdale, Florida 33394
     Telephone Number (954) 660-5786
     Fax Number (954) 356-7336
     mark.dispoto@usdoj.gov